```
                                                              FILED
                                                     UNITED STATES DISTRICT COURT
                                                     ALBUQUERQUE, NEW MEXICO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO     MAR 1 2 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MITCHELL R. ELFERS |
| | ) | CLERK |
| Plaintiff, | ) | CRIMINAL NO. **21-264 WJ** |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| **STEVEN SILGUERO,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about December 2, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **STEVEN SILGUERO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)     possession of marijuana with intent to distribute,

(2)     conspiracy to commit armed robbery,

(3)     trafficking (by possession with intent to distribute) (heroin), and

(4)     conspiracy to commit trafficking (by possession with intent to distribute),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g), the defendant, **STEVEN SILGUERO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a black Stevens Model 320 12 gauge shotgun

b. approximately 25 rounds of 12 gauge ammunition.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney