IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**STEVEN SILGUERO,**

        **Defendant.**　　　　21-CR-00264 WJ

## MOTION TO WITHDRAW SUPPRESSION MOTION

COMES NOW, STEVEN SILGUERO, above captioned defendant by and through his Court appointed Counsel Roberto Albertorio and hereby respectfully request that the Motion to Suppress Evidence previously filed be withdrawn.  As grounds for this request, Counsel respectfully submits as follows:

1. This matter is being resolved without the need for further proceedings as it is anticipated that the case will be concluded within the next 30 days.

2.  There is no opposition to this Motion.

3.  The granting of this Motion is in the best interest of the Defendant and in the best interest of justice.

WHEREFORE, Counsel respectfully request that this Motion be granted.

        Respectfully submitted,

        _____

| | |
|---|---|
| I certify that a true copy of this Motion was electronically forwarded to the U.S. Attorney this 21st. day of July 2021 | Roberto Albertorio<br>Counsel for STEVEN SILGUERO<br>P.O. Box 91387<br>Albuquerque, N.M.87199 |
| _____ | |