*rev. October 3, 2016*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 21-264 WJ | UNITED STATES vs. Silguero |
|---|---|

### Before The Honorable Jerry H. Ritter, United States Magistrate Judge

| Hearing Date: | 8/3/2021 | Time In and Out: | 10:58 am-11:13 am |
|---|---|---|---|
| Clerk: | C. Lopez | Digital Recording: | ABQ-Hondo |
| Defendant: | Steven Silguero | Defendant's Counsel: | Roberto Albertorio |
| AUSA: | Nora Wilson | Interpreter: | N/A |

☐ Sworn
☐ Waived

| | |
|---|---|
| ☒ | Defendant Sworn      ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of:    **Indictment** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☒ | Terms and conditions of proposed plea agreement explained.        ☒ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to:  **Indictment** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☒ | Defendant to Remain in Custody |
| ☐ | Present conditions of release continued      ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained |
| ☒ | Presentence Report Ordered        ☒ Expedited (Type III) |
| | Other Matters: |